IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DOREEN RHODES,** | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | NO. 11-1881 |
| **INDEPENDENCE BLUE CROSS,** | : | |
| **QCC INSURANCE COMPANY and** | : | |
| **WELLMARK, INC.,** | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this 9th day of February, 2012, upon consideration of Defendants' Joint Motion to Stay Proceedings and Transfer Matter to the Civil Suspense Docket (Document No. 43, filed October 20, 2011), Plaintiffs' (sic.) Memorandum of Law in Opposition to Defendants' Joint Motion to Stay (Document Nos. 44–46, filed November 4, 2011), and IBC Defendants' Reply Brief in Support of Joint Motion to Stay Proceedings and Transfer Matter to the Civil Suspense Docket (Document No. 47, filed November 10, 2011), for the reasons stated in the Memorandum dated February 9, 2012, **IT IS ORDERED** that:

1. Defendant's Joint Motion to Stay Proceedings and Transfer Matter to the Civil Suspense Docket is **GRANTED**;

2. All further proceedings in this case are **STAYED** until the case of T. Zenon Pharmaceuticals v. Wellmark, Inc., No. 06521 LACV070675, in the District Court of Johnson County, Iowa, has been finally resolved;

3. The Clerk of Court shall **TRANSFER** this case to the Civil Suspense File and **MARK** the case **CLOSED FOR STATISTICAL PURPOSES**;

4. The Court shall **RETAIN** jurisdiction over the case and the case shall be **RETURNED** to the Court's active docket when there are no impediments to further proceedings and the case may

proceed to final disposition;

    5. The entry of this Order is **WITHOUT PREJUDICE** to the rights of the parties; and,

    6. The parties shall file and serve joint status reports at six (6) month intervals with respect to the status of <u>T. Zenon Pharmaceuticals v. Wellmark, Inc.</u> One (1) copy of each status report shall be served on the Court (Chambers, Room 12613, 601 Market Street, Philadelphia, Pennsylvania 19106) when the original is filed.

                                      **BY THE COURT:**

                                      <u>/s/ Hon. Jan E. DuBois</u>
                                      **JAN E. DUBOIS, J.**